IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VANESSA REED, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:19-CV-02153-X-BN |
| § | |
| ROBERT WILKIE, Secretary, § | |
| Department of Veteran Affairs Agency, § | |
| § | |
| *Defendant.* § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of November, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1